# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-4316

———————————————

EDWARD ABRUSCATO,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

August 13, 2019

ON MOTION FOR REHEARING OR FOR WRITTEN OPINION

We deny Appellant's motion for rehearing, grant his motion for written opinion, and substitute the following opinion for the original one.

PER CURIAM.

AFFIRMED. *See Butler v. State*, 838 So. 2d 554, 556 (Fla. 2003) ("[W]hen section 921.024(2) [Fla. Stat.] applies so that the statutory maximum as provided in section 775.082[] is exceeded by the lowest permissible sentence under the code, the lowest permissible sentence under the code becomes the maximum sentence which the trial judge can impose."); *see also Busbee v. State*, 187 So. 3d 1266, 1268-69 (Fla. 1st DCA 2016) (concluding

lowest permissible sentence under code scoresheet would be appropriate rather than statutory maximum for two crimes committed).

WOLF, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.